```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND and SOUTHERN ELECTRICAL HEALTH FUND, <br><br> Plaintiffs, <br><br> v. <br><br> NORA GIBSON d/b/a GIBSON ELECTRIC and GIBSON CONTRACTING & ELECTRICAL COMPANY, INC., JIMMY HORNE, RICKEY LIDDLE, and RICHARD BRICKEY, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 3:04-0022 ) Judge Echols ) ) ) ) ) ) ) ) |

### ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) The "Renewed Motion for Summary Judgment" filed by Plaintiffs Southern Electrical Retirement Fund and Southern Electric Health Fund (Docket Entry No. 65) is hereby GRANTED;

(2) Judgment is entered in favor of Plaintiff Southern Electrical Retirement Fund and against Defendants Gibson Electric and Gibson Contracting & Electrical Company, Inc. in the amount of $15,779.62; and

(3) Judgment is entered in favor of the Plaintiff Southern Electrical Health Fund and against Defendants Gibson Electric and Gibson Contracting & Electrical Company, Inc. in the amount of $68,113.72.

1

Because an Order to Show Cause against individual Defendants Jimmy Horne, Rickey Liddle, and Richard Brickey (Docket Entry No. 70) is pending, this case will remain open. The Show Cause Hearing will be held **on March 6, 2006 at 3:30 p.m.** as previously scheduled.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE