```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

SOUTHERN ELECTRICAL RETIREMENT  )
FUND and SOUTHERN ELECTRICAL    )
HEALTH FUND,                    )
                                )
        Plaintiffs,             )
                                )
v.                              ) No. 3:04-0022
                                ) JUDGE ECHOLS
NORA GIBSON d/b/a GIBSON        )
ELECTRIC, GIBSON CONTRACTING &  )
ELECTRICAL COMPANY, INC.,       )
JIMMY HORNE, RICKEY LIDDLE, and )
RICHARD BRICKEY,                )
                                )
        Defendants.             )

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff Southern Electrical Retirement Fund shall recover from Defendants Jimmy Horne, Rickey Liddle and Richard Brickey, jointly and severally, the total amount of $15,779.62 resulting from their breach of duty as ERISA fiduciaries.

(2) Defendants Jimmy Horne, Rickey Liddle and Richard Brickey are hereby held in civil contempt of the Court for failure to comply with the Court's permanent injunction entered by Order dated September 19, 2000 (Docket Entry No. 6), in Civil Action No. 3:00-0328.

(3) As a consequence of Defendants' civil contempt, the Court hereby imposes a compensatory compliance fine on Defendants Jimmy Horne, Rickey Liddle and Richard Brickey payable by them jointly

1

and severally to Plaintiff Southern Electrical Retirement Fund in the amount of $15,779.62, which compensatory compliance fine shall be paid in full **no later than thirty (30) days following entry of Judgment in this case.** This compensatory compliance fine is concurrent with and is <u>not</u> in addition to the amount awarded to Southern Electrical Retirement Fund in paragraph 1 above.

(4) Plaintiff Southern Electrical Retirement Fund may file a motion seeking reasonable attorney's fees and expenses in connection with this action, which motion shall comply with Local Rule 54.01(b).

Entry of this Order shall constitute the final judgment in this case pursuant to Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE