UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND and SOUTHERN ELECTRICAL HEALTH FUND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:04-0022 ) JUDGE ECHOLS |
| NORA GIBSON d/b/a GIBSON ELECTRIC, GIBSON CONTRACTING & ELECTRICAL COMPANY, INC., JIMMY HORNE, RICKEY LIDDLE, and RICHARD BRICKEY, | ) ) ) ) ) |
| Defendants. | ) |

### O R D E R

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiffs' Motion for Attorney's Fees (Docket Entry No. 83) in the total amount of $5,592.50, is hereby GRANTED. The Court hereby awards Mr. R. Jan Jennings and his firm the total amount of $5,592.50 (27.85 attorney hours at $200 per hour ($5,570.00) plus .03 paralegal hour at $75 per hour ($22.50)).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE